**Opinion filed August 21, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00153-CV

_____

## WANDA BINION, Appellant

## V.

## U.S. BANK N.A., AS TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2002-A ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2002-A, Appellee

**On Appeal from the 42nd District Court**

**Taylor County, Texas**

**Trial Court Cause No. 48222-A**

### M E M O R A N D U M   O P I N I O N

On July 1, 2015, Appellant, Wanda Binion, filed in the trial court an untimely notice of appeal. When the appeal was docketed in this court, we notified Appellant by letter dated July 2, 2015, that it appeared to this court that the notice of appeal was untimely filed, and we requested that Appellant respond and show

grounds to continue the appeal. Appellant has filed a response, but nothing in the response shows grounds upon which this court can continue the appeal.[1]

The documents on file in this case show that, on February 5, 2015, the trial court signed a final, appealable order granting the plaintiff's motion for summary judgment. Appellant timely filed a motion for new trial on March 6, 2015. *See* TEX. R. CIV. P. 329b(a). The notice of appeal was therefore due to be filed within ninety days after the order of summary judgment was signed, which would have been May 6, 2015. *See* TEX. R. APP. P. 26.1. Appellant's notice of appeal was filed in the trial court on July 1, 2015—146 days after the order of summary judgment was signed and well after the deadline for filing a notice of appeal or a motion for an extension of time to file a notice of appeal. *See* TEX. R. APP. P. 26.3. Absent a timely notice of appeal, this court is without jurisdiction to consider this appeal. *See Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 564 (Tex. 2005); *Garza v. Hibernia Nat'l Bank*, 227 S.W.3d 233 (Tex. App.—Houston [1st Dist.] 2007, no pet.); *see also Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Because we are without jurisdiction, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

This appeal is dismissed for want of jurisdiction.


PER CURIAM

August 21, 2015

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

---

[1]Appellant explained the reason for the delay in filing the notice of appeal and addressed the merits of her case. However, this court is not permitted to "alter the time for perfecting an appeal in a civil case." TEX. R. APP. P. 2. We also note that courts "may not enlarge the period for taking any action under the rules relating to new trials except as stated in these rules." TEX. R. CIV. P. 5.